AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. Jerome Corsi and Larry Klayman, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-00656-ESH |
| Infowars, LLC; Free Speech Systems, LLC; Alex E. Jones; David Jones; Owen Shroyer ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Infowars, LLC; Free Speech Systems, LLC; Alex E. Jones; David Jones; and Owen Shroyer

Date: 04/04/2019

/s/ Jay M. Wolman
*Attorney's signature*

Jay M. Wolman (D.C Bar No. 473756)
*Printed name and bar number*

RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
*Address*

ecf@randazza.com
*E-mail address*

702.420.2001
*Telephone number*

305.437.7662
*FAX number*