Jay M. Wolman (D.C Bar No. 473756)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (702) 420-2001
ecf@randazza.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. JEROME CORSI** and **LARRY KLAYMAN**,<br><br>             Plaintiffs,<br><br>      vs.<br><br>**INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES,** and **OWEN SHROYER**,<br><br>             Defendants. | CIVIL ACTION NO. 1:19-cv-00656-ESH |

# INFOWARS, LLC'S DISCLOSURE OF

# CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Local Civil Rule 26.1, I, the undersigned, counsel of record for INFOWARS, LCC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of INFOWARS, LLC, which have any outstanding securities in the hands of the public:

None.

Dated: April 4, 2019

/s/Jay M. Wolman
Jay M. Wolman (D.C Bar No. 473756)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (702) 420-2001
ecf@randazza.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2019, I electronically filed the foregoing with the Clerk of court using CM/ECF, the court's electronic filing system, for notice to be sent to all registered parties.

Dated: April 4, 2019                             /s/Jay M. Wolman
                                                 _____
                                                 Jay M. Wolman

Infowars, LLC's Disclosure of Corporate Affiliations and Financial Interests
1:19-cv-00656-ESH