Jay M. Wolman (D.C Bar No. 473756)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (702) 420-2001
ecf@randazza.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. JEROME CORSI** and **LARRY KLAYMAN**, <br><br> Plaintiffs, <br><br> vs. <br><br> **INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES,** and **OWEN SHROYER**, <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-00656-ESH <br><br> **ORDER** |

It is ordered that Marc John Randazza be granted leave to appear *pro hac vice* on behalf of Defendants.

Dated: _____

                                        The Hon. Ellen Segal Huvelle
                                        United States District Judge

Copies to:

Larry E. Klayman
Klayman Law Group, P.C.
2020 Pennsylvania Ave., NW #800
Washington, DC 20006
leklayman@gmail.com
*Counsel for Plaintiffs*