# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. JEROME CORSI** and **LARRY KLAYMAN**, <br><br> Plaintiffs, <br><br> vs. <br><br> **INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES,** and **OWEN SHROYER**, <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-00656-ESH <br><br><br> **[PROPOSED] ORDER** |

Upon consideration of Defendants' Motion to Dismiss, the Court, having considered same, and all papers and argument in connection therewith, finds that the Court lacks personal jurisdiction over the Defendants, venue is improper in this Court, and the interests of justice do not warrant a transfer, and, further, that Plaintiffs have failed to state a claim, and

**IT IS HEREBY:**

**ORDERED** that the Motion to Dismiss is hereby **GRANTED**; it is

**FURTHER ORDERED** that this matter is **DISMISSED with PREJUDICE**.

**SO ORDERED.**

Dated this _____ day of _____, 2019.

_____
Hon. Ellen S. Huvelle
United States District Judge

Copies to:

Larry E. Klayman
Klayman Law Group, P.C.
2020 Pennsylvania Ave., NW #800
Washington, DC 20006
leklayman@gmail.com
*Counsel for Plaintiffs*