# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEROME CORSI, et al

        Plaintiffs,

v.

INFOWARS, LLC, et al

        Defendants.

**1:19-cv-00656**

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS COMPLAINT

Plaintiffs Jerome Corsi and Larry Klayman ("Plaintiffs") hereby move for a 21-day extension of time, until and including May 13, 2019 to file a response to Defendants' Motion to Dismiss Complaint. ECF No. 7. This requested extension will not affect any other previously set deadlines or hearings.

The reason for this request is that counsel for Plaintiffs has been under an unusually heavy litigation schedule that has required him to travel extensively from coast to coast for client exigencies.

Pursuant to the Local Civil Rules, counsel for Plaintiffs has conferred with counsel for Defendants and they have consented to the relief sought.

WHEREFORE, Plaintiffs respectfully request for good cause that this Court grant Plaintiffs' 21-day extension of time or until and including May 13, 2019.

Dated: April 22, 2019                                                                         Respectfully submitted,

                                                                                    */s/ Larry Klayman*
                                                                                    Larry Klayman, Esq.
                                                                                    KLAYMAN LAW GROUP, P.A.
                                                                                   D.C. Bar Number: 334581

        2020 Pennsylvania Ave NW #800
        Washington, DC, 20006
        Telephone: (310)-595-0800
        Email: leklayman@gmail.com

*Counsel for Plaintiffs Corsi and Klayman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed April 22,, 2019 and served to all counsel of record through the Court's ECF system.

        */s/ Larry Klayman*
        Attorney