AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DR. JEROME CORSI and LARRY KLAYMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-00656-ESH |
| INFOWARS, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant David Jones                                                                                                          .

Date:        04/24/2019

_____
*Attorney's signature*

David S. Wachen (DC Bar # 441836)
*Printed name and bar number*
Wachen LLC
11605 Montague Court
Potomac, MD  20854

_____
*Address*

david@wachenlaw.com
*E-mail address*

(240) 292-9121
*Telephone number*

(301) 424-9095
*FAX number*

## **Certificate of Service**

On April 24, 2019, I caused the foregoing to be electronically filed with the Court and served upon counsel of record for all parties using the Court's CM/ECF system.


*s/David S. Wachen*
David S. Wachen