# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CORSI, et al<br><br>　　　　　Plaintiffs,<br>v.<br><br>INFOWARS, LLC, et al<br><br><br>　　　　　Defendants. | **1:19-cv-00656** |

## REQUEST FOR STATUS CONFERENCE

Plaintiffs Jerome Corsi and Larry Klayman ("Plaintiffs") respectfully request a status conference on a date and time convenient for the Court and the parties between November 4 and 21, 2019 when counsel will be in town attending the criminal prosecution and trial of Roger Stone.

Dated: October 16, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Larry Klayman*
　　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　KLAYMAN LAW GROUP, P.A.
　　　　　　　　　　　　　　　　　　　　　　　D.C.  Bar Number: 334581
　　　　　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave NW #800
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC, 20006
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (310)-595-0800
　　　　　　　　　　　　　　　　　　　　　　　Email: leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Corsi and Klayman*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed October 16, 2019 and served to all counsel of record through the Court's ECF system.

*/s/ Larry Klayman*
Attorney