**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. JEROME CORSI and LARRY KLAYMAN, <br><br> Plaintiffs, <br><br> v. <br><br> INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES, and OWEN SHROYER, <br><br> Defendants. | Civ. Act. No.: 1:19-cv-00656-ESH |

**DEFENDANT DAVID JONES'S RESPONSE TO**
**PLAINTIFFS' MOTION/REQUEST FOR STATUS CONFERENCE**

On April 8, 2019, Defendants moved to dismiss the Complaint for lack of personal jurisdiction, improper venue, and failure to state a claim. On May 20, 2019, Defendant David Jones, a citizen of Texas, filed a reply, reiterating that he does not belong in this lawsuit given his lack of ties to the District of Columbia as well as Plaintiffs' failure to allege that he, in particular, did anything to Plaintiffs. Defendants' Motion has been fully briefed since May 20, 2019, and is ripe for disposition. There is no other activity in the case as the parties await the Court's decision.

Mr. Jones does not see the need for a status conference at this juncture, which would require the expenditure of further resources in a case in which he should have never been included. Should the Court wish to hold a status conference, by phone or in person, Mr. Jones's counsel will cooperate with other counsel and the Court in scheduling a conference when everyone is available.

2

October 18, 2019                                    Respectfully submitted,

                                                    *s/David S. Wachen*
                                                    David S. Wachen (DC Bar No. 441836)
                                                    WACHEN LLC
                                                    11605 Montague Court
                                                    Potomac, MD  20854
                                                    (240) 292-9121
                                                    (f) (301) 259-3846
                                                    david@wachenlaw.com

                                                    *Counsel for Defendant David Jones*

**Certificate of Service**

On October 18, 2019, I caused the foregoing to be filed electronically using the Court's electronic case filing system. Notice of this filing will be sent to counsel of record using the Court's electronic notification system.

*s/David S. Wachen*
David S. Wachen
