Jay M. Wolman (D.C Bar No. 473756)
Marc J. Randazza (*Pro Hac Vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (702) 420-2001
ecf@randazza.com

*Counsel for Defendants Alex E. Jones, Owen Shroyer, Free Speech Systems, LLC, and Infowars, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEROME CORSI** and **LARRY KLAYMAN**,<br><br>Plaintiffs,<br><br>vs.<br><br>**INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, ALEX E. JONES, DAVID JONES,** and **OWEN SHROYER**,<br><br>Defendants. | CIVIL ACTION NO. 1:19-cv-00656-CJN<br><br>**RESPONSE TO MOTION FOR STATUS CONFERENCE** |

Pending before this Court is Defendants' Motion to Dismiss (Doc. No. 7), which was filed and briefed prior to the reassignment of this case on July 5, 2019. As the current judge has had the motion for only three months, Defendants Infowars, LLC, Free Speech Systems, LLC, Alex Jones, and Owen Shroyer ("Defendants") do not believe there is any great need for the parties to appear for a status conference as moved by Plaintiffs (Doc. No. 13). In fact, Plaintiffs offer no reason for it, other than the fact that Mr. Klayman will happen to be in town on an unrelated matter, and did not confer as to its purpose per LCvR 7.1(m). Defendants similarly agree with the response of Defendant David Jones (Doc. No. 14). Should the matter survive the motion to dismiss, of

course, Defendants will certainly work with Plaintiffs and the Court to advance this case through discovery and disposition. However, at this time, Defendants do not believe a status conference is required nor likely helpful to the disposition of the case.

In the event the Court is inclined to schedule a status conference, however, counsel for Defendants will confer with Plaintiffs as to a mutually agreeable date, if possible. At present, however, the date range proposed presents numerous conflicts.

Dated: October 18, 2019.                    Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman
(D.D.C. Bar No. 473756)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

Marc J. Randazza
*pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Defendants Alex E. Jones, Owen Shroyer, Free Speech Systems, LLC, and Infowars, LLC*

Civil Action No. 1:19-cv-00656-CJN

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was filed and served upon all parties of record on October 18, 2019 by CM/ECF, the court's electronic filing system.

/s/ Jay M. Wolman
Jay M. Wolman