Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEROME CORSI, ET AL

    Plaintiff

vs.        Civil No. 19-656 (TJK)

INFOWARS, LLC, ET AL        Category B

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 2/19/2020 from Judge Carl J. Nichols to Judge Timothy J. Kelly by direction of the Calendar Committee.

(Case Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Carl J. Nichols & Courtroom Deputy
Judge Timothy J. Kelly & Courtroom Deputy
Liaison, Calendar and Case Management Committee